BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LILLY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JEANNE LILLY, <br> Defendant. | No. 4-06-70440 WDB <br><br> **ORDER MODIFYING JEANNE LILLY'S BOND TO PERMIT TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA** |

Ms. Lilly initially appeared before the Court on July 13, 2006; she was released on an unsecured bond the same day.   The bond restricted her travel to the Northern District of California, but Ms. Lilly's family lives in the Eastern District of California.   The government and Pretrial Services do not object to modifying Ms. Lilly's bond to allow travel in the Eastern District of California.   Therefore, IT IS HEREBY ORDERED that Jeanne Lilly's bond is modified to allow travel to the Eastern District of California.

Date:   July 19, 2006

_____
Honorable Wayne D. Brazil
Magistrate Judge, Northern District of California

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

Bond Modification Order, 4-06-70440       1