1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant LILLY
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. 4-06-70440 WDB
                                       )
12              Plaintiff,             )    STIPULATION AND ORDER
                                       )    CONTINUING DATE FOR PRELIMINARY
13  vs.                                )    HEARING OR ARRAIGNMENT FOR
                                       )    JEANNE LILLY
14  JEANNE LILLY,                      )
                                       )    Current Date: September 7, 2006
15              Defendant.             )    Requested Date: October 19, 2006
    _____)
16

17      Jeanne Lilly is scheduled to appear for preliminary hearing or arraignment on September

18  7, 2006. The parties have reached a resolution of this matter, but the plea agreement must be

19  approved by Washington, D.C.. This approval process is generally slow, and approval will not

20  be obtained by September 7. Therefore, the parties stipulate and agree, and respectfully request,

21  that the date for preliminary hearing or arraignment be continued to October 19, 2006.

22      Ms. Lilly has a right under Federal Rule of Criminal Procedure 5.1 to a preliminary

23  hearing or indictment within 20 days. Ms. Lilly and counsel have discussed that right, and Ms.

24  Lilly desires to waive that right. Good cause for the extension exists because of the delay in

25  receiving approval for the plea agreement. In addition, Ms. Lilly has a right under 18 U.S.C. §

26  3161(b) to be indicted within thirty days. Ms. Lilly and counsel have discussed that right, and

Ms. Lilly desires to exclude time between September 7, 2006 and October 19, 2006 under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) because of the delay in approval. In addition, counsel for Ms. Lilly will be out of town on September 28 and 29, out of the state from October 6 through the 13th, and has a Ninth Circuit argument on October 17. These scheduling issues will make counsel unavailable, and therefore provide another basis for excluding time. The parties stipulate that the ends of justice served by the granting of this continuance outweigh the best interests of the public and Ms. Lilly in a speedy indictment and trial.

SO STIPULATED.                                    /S/

Date:   9/05/06
                                                  Rebecca Silbert
                                                  Assistant Federal Public Defender
                                                  Counsel for Ms. Lilly

                                                  /S/

Date:   9/06/06
                                                  George Bevan
                                                  Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

   In light of the stipulation of the parties, and because of the counsel's unavailability and the delay in the plea agreement, the Court HEREBY ORDERS that the date for preliminary hearing or arraignment, as applied to Jeanne Lilly, be continued to October 19, 2006. The Court further orders that time be excluded from September 7, 2006 to October 19, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), and finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Ms. Lilly in a speedy indictment and trial. The Court further finds that the continuance is necessary for effective preparation of counsel because of the delay in the plea agreement, and for continuity of counsel because of counsel's unavailability.

Dated: September 6, 2006

                                                  _____
                                                  Honorable
                                                  Magistrate Judge, United States District Court
                                                  Northern District of California

                                                  IT IS SO ORDERED
                                                  Judge Wayne D. Brazil

Stip. to Continue PX to 10/19, 4-06-70440        2