BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LILLY

FILED

FEB 2 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEANNE LILLY, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-06-00695 WDB <br> [PROPOSED] ORDER DIRECTING THE CLERK'S OFFICE TO RELEASE MS. LILLY'S PASSPORT |

Ms. Lilly initially appeared before the Court on July 13, 2006; she was released on an unsecured bond that same day. As a condition of the bond, Ms. Lilly submitted her passport to the Northern District of California Clerk's Office. This Court sentenced Ms. Lilly to one year of probation on February 2, 2007, and the bond is no longer valid. Therefore, IT IS HEREBY ORDERED that the Clerk's Office for the United States District Court, Northern District of California, shall return Ms. Lilly's passport to her.

Date: 2/2/07

_____
Honorable Wayne D. Brazil
Magistrate Judge, Northern District of California

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial

Order to release passport, 06-00695